FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARCUS RUBEN ELLINGTON,<br>   Petitioner,<br>  v.<br>SALINAS VALLEY STATE PRISON,<br>   Respondent. | Case No. CV 13-01602 ABC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 8, 2013

*Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY