JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARCUS RUBEN ELLINGTON,<br><br>Petitioner,<br><br>v.<br><br>SALINAS VALLEY STATE PRISON,<br><br>Respondent. | Case No. CV 13-01602 ABC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 8, 2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE